IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  05-30083 |
| | ) | |
| JONATHAN HENRY, | ) | |
| | ) | |
| Defendant. | ) | |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

The Plaintiff's Motion to Allow Marriage (d/e 15) is ALLOWED.  The Defendant is in the custody of the U.S. Marshal and is being housed at the Pike County, Illinois Jail.  The Marshal is directed to select a date and time convenient to the Marshal to transport the Defendant to the Pike County, Illinois Clerk's Office for the purpose of obtaining a marriage license.  The Marshal shall give the Defendant and his counsel at least three (3) days' prior notice of the date and time.  The Defendant is responsible for arranging for his fiancé to appear at that time to secure the marriage license.

After the Defendant secures a marriage license, the Pike County Sheriff shall notify the Defendant of a time that is convenient to the Sheriff

when the marriage ceremony may be conducted at the Pike County Jail. The Defendant is responsible for arranging for the presence of the following individuals at the Pike County Jail at the time designated by the Sheriff for the ceremony: (1) a person authorized to officiate at weddings, (2) his fiancé, and (3) two witnesses. The marriage ceremony may then take place. The Marshall and the Sheriff may also have personnel present at the ceremony as they deem appropriate and take any precautions they deem appropriate before, during, and after the ceremony.

The Defendant shall remain in the custody of the Marshal at all times, and except as set forth above in this Opinion, the Court does not authorize any other special accommodations or arrangements for the Defendant.

IT IS THEREFORE SO ORDERED.

ENTER:  January 5, 2006.

FOR THE COURT:

                                              s/ Jeanne E. Scott
                                              JEANNE E. SCOTT
                               UNITED STATES DISTRICT JUDGE