IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 05-30083 |
| JONATHAN J. HENRY, | ) ) ) | |
| Defendant. | ) | |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This matter comes before the Court on Defendant Jonathan J. Henry's Motion for Miscellaneous Relief (d/e 33). This Court sentenced Defendant Henry on August 11, 2008, to 22 months imprisonment for violation of his terms of supervised release. Defendant Henry asks the Court to recommend to the Bureau of Prisons that he serve his sentence in a facility in Florida. The Government has no objection. The Court, therefore, allows the Motion.

THEREFORE, Defendant Jonathan Henry's Motion for Miscellaneous Relief (d/e 33) is ALLOWED. The Court recommends to the Bureau of Prisons that Defendant Henry be assigned to serve his current term of

1

imprisonment in a facility in the state of Florida.  The Clerk is directed to send copies of this Opinion to the Bureau of Prisons, counsel of record, and Defendant Henry personally.

IT IS THEREFORE SO ORDERED.

ENTER:  August 19, 2008

    FOR THE COURT:

                                  s/ Jeanne E. Scott
                                  JEANNE E. SCOTT
                     UNITED STATES DISTRICT JUDGE